# Westchester
## gov.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

Andrew J. Spano
County Executive

Office of the County Attorney

Charlene M. Indelicato
County Attorney

June 17, 2008

Hon. Shira A. Scheindlin
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, New York 10007

Re:   **Renaldi Ruggiero v. Warden Loren A. Grayer, et al., 08 Civ. 2822 [SAS]**

Dear Judge Scheindlin:

On or about May 24, 2008, individual defendants Jae H. Ro, M.D. and Irene Anokute (identified in the Complaint as "Irene [last name unknown] RN") were served with copies of the above referenced Summons and Complaint by regular mail. Although served in late May, the Summons and Complaint were not received by this Office until June 9, 2008. It is anticipated that this Office will shortly enter into an agreement to represent Dr. Ro and Nurse Anokute in this matter.

Pursuant to your Order of April 1, 2008, Plaintiff has been directed to serve the Complaint on or before July 21, 2008. I have reviewed the documents filed on the Southern District's PACER system; it does not appear that any additional named parties have been served as of today's date. Based upon the foregoing, it is respectfully requested that individual defendants Ro and Anokute be permitted to respond to the Complaint on or before August 4, 2008 (two weeks subsequent to Plaintiff's last date to effect service upon all parties).

This is a first request for an extension. I will have a copy of this correspondence hand-delivered to Mr. Ruggiero at the Westchester County Department of Correction, having no indication that he has retained counsel. I have also copied the Federal Bureau of Prisons' General Counsel at their Central Office in Washington, D.C. on this request.

Should you or your staff have any questions with regard to this matter, I may be contacted at (914) 995-5102 or by e-mail to jdp3@westchestergov.com. Thank you for your consideration of this request.

Very truly yours,

Justin D. Pruyne
Assistant County Attorney

cc:  Renaldi Ruggiero, WCDOC ND No. 195759
     Kathleen M. Kenney, Esq., General Counsel, Federal Bureau of Prisons

[Handwritten annotation: Request granted. Individual defendants Ro and Anokute may respond by August 4, 2008. So Ordered. /s/ [signature] 6/19/08]

Michaelian Office Building
148 Martine Avenue, 6th Floor
White Plains, New York 10601        Telephone: (914) 995-2660    Website: westchestergov.com