UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RENALDI RUGGIERO,

        Plaintiff,

- against -

WARDEN LOREN A. GRAYER, et al.,

        Defendant.
------------------------------------------------------------------X

**ORDER**

08 Civ. 2822 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        On August 4, 2008, defendants filed a motion to dismiss. As of today, plaintiff has not submitted any papers in opposition to defendants' motion. As plaintiff is proceeding *pro se*, it is hereby

        ORDERED that plaintiff file opposition papers, if any, to defendants' motion by September 8, 2008. All papers must be sent to this Court's Pro Se Office at 500 Pearl Street, Room 230, New York, New York 10007, and must be served upon defendants' counsel. If plaintiff submits opposition papers, defendants' reply is due September 23, 2008.

        IT IS FURTHER ORDERED that if plaintiff fails to comply with this Order, the Court will decide the motion solely on the papers submitted by defendants.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            August 8, 2008

- Appearances -

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 8/18/08]

**Plaintiff (Pro Se):**

Renaldi Ruggiero
# 57633-004
Westchester County Jail
I Block Infirmary
P.O. Box 10
Valhalla, NY 10595

**For Defendants:**

Justin D. Pruyne
Westchester County Attorney's Office
148 Martine Avenue, Room 600
White Plains, NY 10601
(914) 995-5102

Emily E. Daughtry
Special Assistant United States Attorney
86 Chambers Street
New York, NY 10007
(212) 637-1579